**STATE of Missouri, Respondent,**

v.

**Cheryl L. SOUTHWORTH, Appellant.**

**Nos. WD52490, WD54186.**

Missouri Court of Appeals,
Western District.

June 16, 1998.

Motion for Rehearing and/or Transfer to Supreme Court July 28, 1998.

Application for Transfer Denied
Aug. 25, 1998.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel W. Follett, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and SMART and ELLIS, JJ.

### *ORDER*

PER CURIAM.

Judgments affirmed. Rules 30.25(b) and 84.16(b).